IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEVIN JOHNSON,

Plaintiff,

v().

SMEEZ, INC.,

Defendant.

Case No. 19-cv-1186 JPG

### JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: April 27, 2021**         MARGARET M. ROBERTIE, Clerk of Court

                             **s/Tina Gray, Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
         **J. PHIL GILBERT**
         **DISTRICT JUDGE**